UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                           Case No.: 1:03-cr-79

v.

                                           HONORABLE PAUL L. MALONEY

CURTIS CHARLES SHEPARD,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 280). The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that the defendant's conditions of supervision are modified as follow:

        **1. The defendant shall complete 25 hours of community service.**

All other terms and conditions remain in effect as previously ordered.

        **IT IS SO ORDERED**.

Dated:  November 25, 2013           /s/ Paul L. Maloney_____
                                     Paul L. Maloney
                                     Chief United States District Judge